

FREEDMAN & TAITELMAN, LLP
Bryan J. Freedman, Esq. (SBN 151990)
bfreedman@ftllp.com
Ronald S. Whitaker, Esq. (SBN 110160)
rwhitaker@ftllp.com
Joshua G. Blum (SBN 249082)
jblum@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone:   (310) 201-0005
Fax:         (310) 201-0045

Attorneys for Plaintiff, CLEARVIEW CENTERS, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**CV09-05808** PSG AJWx

CLEARVIEW CENTERS, LLC,  a
California Limited Liability Company,

Plaintiffs,

vs.

NATHAN SMITH, an individual,
CLEARVIEW DRUG AND
ALCOHOL REHABILITATION
CENTER; and DOES 1-10, inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO.:

**COMPLAINT AND JURY DEMAND FOR:**

1. **Trademark Infringement;**
2. **Federal Unfair Competition and False Designation of Origin;**
3. **Federal Dilution;**
4. **Violation of Anti-Cybersquatting Consumer Protection Act;**
5. **Dilution under §14330 of the California Business and Professions Code; and,**
6. **Unfair Competition and Deceptive Trade Practices under §17200 of the California Business and Professions Code**

Plaintiff, CLEARVIEW CENTERS, LLC, ("Clearview") a
California Limited Liability Company, hereby alleges as follows:

1

COMPLAINT AND JURY DEMAND

## INTRODUCTION

1.     This action arises out of Defendants' unauthorized use and infringement of plaintiff Clearview's marks and registered service mark "Clearview Treatment Programs." Through Defendants' misuse of Clearview's marks, Defendants deceive the public and create the impression that its competing business, "Clearview Rehab," emanates from, originates from, is associated with and/or is otherwise authorized or endorsed by Clearview, which results in lost sales and severe damage to Clearview's reputation and goodwill. Clearview seeks a temporary restraining order, preliminary and permanent injunctive relief, as well as damages, an accounting of Defendants' profits, and an award of attorney's fees and costs.

## JURISDICTION, VENUE, AND PARTIES

2.     This is an action for trademark infringement, unfair competition/false designation of origin, trademark dilution, and cybersquatting under the Trademark Act of 1946, 15 U.S.C. §1051, *et seq.* as amended (the "Lanham Act"), and for dilution, unfair competition and deceptive trade practices under the laws of the State of California. This Court has original jurisdiction over this action under Section 39 of the Lanham Act, 15 U.S.C. § 1121, 28 U.S.C. §§1331, 1332 and 1338 and has jurisdiction over the state law claims under the principles of supplemental jurisdiction.

3.     This Court has personal jurisdiction over Defendants in that Defendants conduct business in this District, Defendants intentionally direct activities to this District, and the acts of infringement upon which the allegations in this Complaint are based occurred in this District.

/ / /

/ / /

COMPLAINT AND JURY DEMAND

4.      Venue is proper in this Court pursuant to 28 U.S.C. §§1391(b) in that this is the District in which a substantial part of the events or omissions giving rise to the claims hereinafter set forth occurred.

5.      Clearview is a California Limited Liability Company organized and existing under the laws of the State of California, with its principal place of business located in the County of Los Angeles, State of California.

6.      Upon information and belief, defendant Clearview Drug and Alcohol Rehabilitation Center ("Clearview Drug") is a business organization, whose form is unknown, that conducts business in the State of California.

7.      Upon information and belief, defendant Nathan Smith ("Smith") is an individual who resides in the State of California.  Upon information and belief, Smith owns and maintains Clearview Drug.  Upon information and belief, at all relevant times herein, Smith dominated and controlled Clearview Drug.  Upon information and belief, Smith is, and at all relevant times herein, was Clearview Drug's alter ego.

8.      The true names and capacities, whether individual, corporate, associate or otherwise of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Clearview which therefore sues said Defendants by such fictitious names.  Clearview alleges on information and belief that each of the Defendants, including those designated as a DOE, are responsible for the events alleged herein and the damages caused thereby as a principal, agent, co-conspirator or aider and abettor. Clearview will seek leave of this Court to amend this Complaint to allege the true names and capacities of such Defendants when the same have been ascertained.

9.    Clearview alleges on information and belief that Defendants, at all times relative to this action, were the agents, servants, partners, joint venturers and employees of each of the other Defendants and, in doing the acts alleged herein, were acting with the knowledge and consent of each of the other Defendants in this action.

## FACTS APPLICABLE TO ALL CAUSES OF ACTION

10.    Clearview is the owner of drug, alcohol and addiction treatment centers that provide counseling and rehabilitative services for alcohol and chemical dependency.  Additionally, Clearview provides services to individuals and co-dependent families who need treatment and recovery for a variety of potentially harmful and addictive behaviors, as well as mental health issues such as depression, anxiety and bipolar disorders.  Clearview has developed a well known and highly successful business operation and operates several treatment centers in Southern California.  Clearview generates considerable income through the sale of its services.

11.    The popularity of Clearview's services was developed through word of mouth as well as Clearview's marketing efforts.

12.    Since June 2002, Clearview has used "Clearview," and derivations of "Clearview," including but not limited to, "Clearview Treatment Programs" to identify its services to the consumer public.  In particular, Clearview uses "Clearview" and "Clearview Treatment Programs" to identify its drug and alcohol rehabilitation center, and the counseling and rehabilitative services that it offers.

13.    Clearview is the owner of certain inherently distinctive marks related to its counseling and rehabilitative services for alcohol, including the name "Clearview" and "Clearview Treatment Programs."  Clearview is the sole owner of the federally registered service mark "Clearview

COMPLAINT AND JURY DEMAND

Treatment Programs" related to its counseling and rehabilitative services. A copy of Clearview's federal service mark registration is attached hereto as Exhibit "1." A copy of this mark as it appears on advertising by Clearview is attached hereto as Exhibit "2." These registered and common law trademarks are collectively referred to hereafter as the "Clearview Marks."

14. The success enjoyed by Clearview is attributable in large part to the high standards of quality and dedication to quality control. As a result of Clearview's high quality control standards and the success of its treatment programs, the Clearview Marks have acquired considerable value and have become associated throughout the consuming public with Clearview in connection with drug, alcohol and other addictions treatment and recovery services. The consumer public uses the Clearview Marks to identify Clearview as the source of its services.

15. Defendants own, manage, and/or maintain a competing drug and alcohol rehabilitation facility and business offering counseling and rehabilitative services for, among other things, alcohol and chemical dependency and other addictions treatment and recovery services (the "Infringing Business").

16. Defendants describe the Infringing Business on their website as "a multifaceted approach to drug and alcohol addiction recovery based on the small group social model in an exclusive, upscale and private residential setting."

17. The Infringing Business is in direct competition with Clearview's business.

18. Defendants own, manage, and/or maintain an internet website and the domain name, www.clearviewrehab.com (the "Infringing

COMPLAINT AND JURY DEMAND

1  Website"). The Infringing Website is used to advertise and market the

2  Infringing Business.

3       19.    Upon information and belief, Defendants have attempted to

4  capitalize off Clearview's commercial success, and the goodwill and fame

5  associated with the Clearview Marks, by attempting to confuse the

6  consumer public into believing that Defendants' business is affiliated with,

7  sponsored or endorsed by Clearview.

8       20.    Defendants, without authorization or license from Clearview,

9  have used the Clearview Marks and/or derivations of the Clearview Marks,

10  in this District and, upon information and belief, throughout the United

11  States, to identify Defendants' Infringing Business.

## COUNT I

### (Federal Trademark Infringement)

### (15 U.S.C. § 1114)

15       21.    Clearview repeats and incorporates by reference the

16  allegations in paragraphs 1 through 20, inclusive.

17       22.    Defendants' use of the Clearview Marks in connection with

18  the distribution, offer for sale and/or sale of its services is likely to cause

19  and is causing confusion, mistake and deception among consumers as to

20  the origin of the Infringing Business, and is likely to deceive the public into

21  believing that said Infringing Business emanates from, is associated with

22  and/or is otherwise authorized or endorsed by Clearview, all to the damage

23  and detriment of Clearview's reputation and goodwill.

24       23.    Defendants' aforesaid actions constitute trademark

25  infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. §

26  1114.

27       24.    Defendants' conduct, as described above, is done willfully

28  with knowledge of and/or grossly reckless disregard for Clearview's rights.

COMPLAINT AND JURY DEMAND

25.    Clearview has no adequate remedy at law and, if Defendants' conduct is not enjoined, will continue to suffer irreparable harm and injury to its goodwill and reputation.

26.    As a result of Defendants' conduct, Clearview has suffered irreparable harm to the extent it has:  (a) lost the right to control the commercial and trade use of the Clearview Marks; (b) lost earnings from potential sales and advertising sales; and (c) suffered damage to its reputation and goodwill.

## COUNT II

### Federal Unfair Competition and False Designation of Origin
### (15 U.S.C. §1125 (a))

27.    Clearview repeats and re-alleges paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28.    Defendants' use of the Clearview Marks in connection with the Infringing Business misrepresents and falsely suggests to the general public the origin and source of the Infringing Business and creates a likelihood of confusion by consumers as to the source, sponsorship and endorsement of same.

29.    Defendants' unlawful and unauthorized use of the Clearview Marks on or in connection with the Infringing Business creates the express and implied misrepresentations that Defendants' business is authorized, endorsed or approved by Clearview.

30.    Defendants' conduct as described above is done willfully with knowledge of and/or grossly reckless disregard for Clearview's rights.

31.    Defendants' aforesaid acts violate Clearview's rights under Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a)(1), in that Defendants' willful and intentional use of the Clearview Marks to identify the Infringing Business, creates a false designation of origin, false or

7

COMPLAINT AND JURY DEMAND

1  misleading description of fact, and/or false or misleading representation of
2  fact likely to cause confusion or deceive the consuming public as to the
3  origin, sponsorship, and/or approval of the Infringing Business.

4      32.    Clearview has no adequate remedy at law and, if Defendants'
5  conduct is not enjoined, will continue to suffer irreparable harm and injury
6  to its goodwill and reputation.

### COUNT III

### Federal Dilution

### (15 U.S.C. §1125(c))

10      33.    Clearview repeats and re-alleges paragraphs 1 through 32 of
11  this Complaint as if fully set forth herein.

12      34.    The Clearview Marks are "famous" and "distinctive" marks
13  within the meaning of §43(c) of the Lanham Act, 15 U.S.C. §1125(c)(1),
14  and have been famous and distinctive marks prior to Defendants' conduct
15  as alleged herein.

16      35.    Defendants' Infringing Business dilutes the distinctive quality
17  of the Clearview Marks, and was done with the willful intent to trade on
18  Clearview's reputation and goodwill and/or to cause dilution of said
19  trademarks.

20      36.    Defendants' use of the Clearview Marks in connection with
21  the Infringing Business was done with notice and full knowledge that such
22  use was not authorized or licensed by Clearview.

23      37.    Defendants' aforesaid acts are in knowing and willful
24  violation of Clearview's rights under §43(c) of the Lanham Act, 15 U.S.C.
25  §1125 (c).

26      38.    Clearview has no adequate remedy at law and, if Defendants'
27  activities are not enjoined, will continue to suffer irreparable harm and
28  injury to its goodwill and reputation.

COMPLAINT AND JURY DEMAND

## COUNT IV

### Violation of the Anti-Cybersquatting Consumer Protection Act

### 15 U.S.C. §1125(d))

39.    Clearview repeats and re-alleges paragraphs 1 through 38 of this Complaint as if fully set forth herein.

40.    Defendants registered the domain name clearviewrehab.com.

41.    The Infringing Website's domain name, www.clearviewrehab.com, is identical to or confusingly similar to the famous and/or distinctive Clearview Marks.

42.    Upon information and belief, Defendants did so with the bad faith intent to profit from the registration of that domain name.  In particular, Defendants have registered clearviewrehab.com. in a manner calculated to divert and deceive consumers seeking out Clearview's service and/or information about Clearview's services.

43.    Defendants' use of the Clearview Marks on or in connection with the Infringing Website was done with notice and with full knowledge that such use was not authorized or licensed by Clearview.

44.    Defendants' aforesaid acts are in knowing and willful violation of Clearview's rights under the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. §1125(d).

45.    Clearview has no adequate remedy at law and, if Defendants' activities are not enjoined, will continue to suffer irreparable harm and injury to its goodwill and reputation.

## COUNT V

### CALIFORNIA DILUTION

### (California Business and Professions Code § 14330)

46.    Clearview repeats and re-alleges paragraphs 1 through 45 of this Complaint as if fully set forth herein.

9

47.    The Clearview Marks are strong, distinctive and famous within the meaning of California *Business and Professions Code* § 14330.

48.    Defendants' use of the Clearview Marks has caused a likelihood of dilution and has whittled away at Clearview's ability to use the famous Clearview Marks to identify only Clearview's services, and has diluted the distinctive quality of Clearview's famous Clearview Marks by blurring and by tarnishment in violation of California *Business and Professions Code* § 14330.

49.    Defendants' use of the Clearview Marks in connection with the Infringing Business was done with notice and full knowledge that such use was not authorized or licensed by Clearview.

50.    Defendants' aforesaid acts are in knowing and willful violation of Clearview's rights under California *Business and Professions Code* § 14330.

51.    Clearview has no adequate remedy at law and, if Defendants' activities are not enjoined, will continue to suffer irreparable harm and injury to its goodwill and reputation.

## COUNT VI

## CALIFORNIA UNFAIR COMPETITION AND DECEPTIVE TRADE PRACTICES

### (California Business and Professions Code § 17200 et seq.)

52.    Clearview repeats and re-alleges paragraphs 1 through 51 of this Complaint as if fully set forth herein.

53.    As a result of Defendants' unauthorized use of the Clearview Marks, Defendants have caused, and are likely to continue to cause, confusion or mistake, and to deceive the public, in violation of the common law of the State of California and California *Business and Professions Code* § 17200, *et seq.*

COMPLAINT AND JURY DEMAND

54.    As a result of Defendants' conduct, Clearview has suffered irreparable harm to the extent it has:  (a) lost the right to control the commercial and trade use of the Clearview Marks; (b) lost earnings from potential sales and advertising sales; and (c) suffered damage to its reputation and goodwill.

55.    Defendants are likely to mislead the public as to the affiliation, connection, or association of defendants and the Infringing Business with Clearview or as to the origin, sponsorship, or approval of Defendants' Infringing Business, causing the public to rely thereon, in violation of the common law of the State of California and California *Business and Professions Code* § 17200, *et seq.*

56.    By reason of Defendants' conduct, Clearview has suffered and will continue to suffer damage and injury to its business, reputation and goodwill, and Defendants have been and will continue to be unjustly enriched.

WHEREFORE, Clearview prays for judgment in its favor against Defendants, and each of them, as follows:

a.    Issue a judgment temporarily, preliminarily, and permanently restraining, enjoining, and prohibiting Defendants, their agents, servants, employees, officers, successors and assigns, and all persons, firms and corporations acting in concert or participation with Defendants or on Defendants' behalf, from:

(i)    using the mark "Clearview" to designate any counseling or rehabilitative goods or services;

(ii)    representing that any goods or services are manufactured, distributed, imported, exported, advertised, promoted, offered for sale or sold by Defendants originate from, are licensed, endorsed or authorized by, or are otherwise associated with Clearview;

COMPLAINT AND JURY DEMAND

1            (iii)    otherwise using the Clearview Marks or any

2  reproduction, counterfeit copy or colorable imitation thereof in any manner

3  likely to cause confusion as to the source, origin, sponsorship or affiliation

4  of any goods or services manufactured, imported, distributed, offered for

5  sale or sold by Defendants;

6            (iv)    using the domain name clearviewrehab.com to

7  designate any internet website that contains information and/or services for

8  drug, alcohol and other addiction recovery and treatment;

9            (v)    distributing, importing, exporting, advertising,

10  promoting, selling offering for sale, and/or in any way using any mark, term,

11  name, symbol, artwork, or device in the United States that is identical or

12  confusingly similar to the Clearview Marks, and committing any act that is

13  likely to cause confusion, mistake, or deception. *See* 15 U.S.C. § 1116;

14        b.    That this Court requires Defendants to assign its

15  clearviewrehab.com domain name and any other domain name that

16  includes the term "Clearview" to Clearview;

17        c.    Award Clearview damages in an amount to be determined but

18  equal to treble the greater of Defendants' profits or Clearview's actual

19  damages, or in the alternative statutory damages, plus pre-judgment and

20  post-judgment interest, costs and attorneys' fees, pursuant to Clearview's

21  claims for trademark infringement, unfair competition, trademark dilution,

22  and cybersquatting under the Lanham Act, 15 U.S.C. §1117;

23        d.    Award Clearview damages pursuant to California's dilution

24  law in an amount equal to the greater of Clearview's actual damages or

25  Defendants' profits resulting from the use of the Clearview Marks;

26        e.    Award Clearview punitive or exemplary damages for

27  Defendants' knowing, willful and intentional violation of Clearview's

28  rights under California's dilution and unfair competition law;

COMPLAINT AND JURY DEMAND

f. Issue an order pursuant to Section 36 of the Lanham Act, 15 U.S.C. §1118, requiring the delivery and destruction of any goods, labels, signs, prints, packages, wrappers, receptacles, and advertisements in Defendants' possession bearing Clearview's federally registered trademarks, or any reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices, and other means for making same; and,

g. Grant Clearview such other and further relief as this Court deems to be reasonable, necessary and just.

Dated:  August 7, 2009          FREEDMAN & TAITELMAN, LLP


                                By: _____
                                    Bryan J. Freedman
                                    Ronald S. Whitaker
                                    Joshua Blum
                                    Attorneys for Plaintiff
                                    CLEARVIEW CENTERS, LLC

COMPLAINT AND JURY DEMAND

Exhibit 1

Int. Cl.: 44

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,063,290

Registered Feb. 28, 2006

## SERVICE MARK
### PRINCIPAL REGISTER



CLEARVIEW CENTERS, LLC (CALIFORNIA LTD LIAB CO)

SUITE 3A

1334 WESTWOOD BOULEVARD

LOS ANGELES, CA 90024

FOR: COUNSELING AND REHABILITATIVE SERVICES FOR ALCOHOL AND CHEMICAL DEPENDENCY, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 6-28-2002; IN COMMERCE 6-28-2002.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TREATMENT PROGRAMS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF STYLIZED CV ADJACENT TO WORD ELEMENT CLEARVIEW TREATMENT PROGRAMS.

SER. NO. 78-579,896, FILED 3-3-2005.

WILLIAM VERHOSEK, EXAMINING ATTORNEY

Exhibit 2



**CLEARVIEW**
TREATMENT PROGRAMS

*Innovation and Clinical Excellence*

▸ Why Clearview   ▸ Treatment Programs   ▸ Services   ▸ Facilities/Locations   ▸ Staff   ▸ Resources   ▸ Contact Us



800-573-0770
CALL FOR A FREE
ASSESSMENT

*Effective Treatment for Alcoholism, Addictions, Dual Diagnosis, and Psychiatric Disorders*

> *"I saw the need for a truly comprehensive addictions treatment program in the Southern California Area. A specialized program that would incorporate high quality treatment for addictions, mental health issues and dual diagnosis at an affordable price. When we opened the doors to Clearview Treatment Centers in West Los Angeles in 2002, our goal was to fill that need. It remains our goal today."*
>
> Michael Roy
> Founder and Director
> Clearview Treatment Programs

*"Our focus is on the underlying causes of addiction and dependency, not just the symptoms."*

**Join our Professional Resource Network**

## Psychiatric Residential Program for Women



**CLEARVIEW WOMEN'S CENTER**

For Emotional Regulation and Trauma Resolution

*A DBT and Somatic Therapy Program*

This highly specialized program treats women who have significant difficulties with emotional regulation. The center is one of the few programs of its kind nationally. We treat only six women at a time, allowing for personal attention to each patient. Clearview Women's Center is licensed by the State of California for the treatment of psychiatric disorders.

This unique program is designed to help women who struggle with emotional reactivity, relational conflicts, impulse control, and/or self-harmful behaviors. Typically, our patients have histories of early stressors or unresolved trauma.

**Women admitted to the center often have traits of borderline personality disorder (BPD) or a diagnosis of Borderline Personality Disorder.** Other disorders treated include Post Traumatic Stress Disorder, Depression, Bipolar disorder, Anxiety Disorders, Dependent Personality Disorder, Substance abuse, and Eating disorders.

Click Here For More Info

## Addiction, Dual Diagnosis, and Psychiatric Treatment at Clearview Los Angeles

Case 2:09-cv-05808-PSG-AJW     Document 1     Filed 08/07/09     Page 18 of 23     Page ID #:18

Beginning with a mission to provide highly individualized treatment programs that address the holistic, multidimensional needs of alcoholics, addicts, and those with a dual-diagnosis or psychiatric disorders, Clearview started as a small, specialized outpatient treatment program. Clearview now operates multiple high-quality, affordable treatment facilities in the West Los Angeles area and Southern California Beach communities.

A recognized leader in the treatment of co-occurring disorders, dual diagnosis, and psychiatric disorders, Clearview was one of the first treatment programs in the country offering long-term care to address alcoholism and drug addictions, dual diagnosis, abuse and trauma, eating disorders, codependency, sexual addiction, and psychiatric disorders.

Clearview is a full service recovery center specializing in dual diagnosis, drug addiction, alcoholism, and psychiatric disorders. We provide the following levels of care:

- Detoxification Services
- Women's Psychiatric Residential
- Dual Diagnosis Residential Inpatient Program
- Dual Diagnosis Residential Extended Care
- Intensive Day Treatment (Dual Diagnosis and Psychiatric)
- Outpatient Programs (Dual Diagnosis and Psychiatric)>

**At Clearview, our focus is on the underlying causes of addictions and behavioral disorders, not just the symptoms. Maintaining that focus is the hallmark of the Clearview Treatment Model.**



*Close to the Pacific Ocean in Sunny Southern California, Clearview Treatment Programs provides comprehensive, highly effective treatment programs for alcoholism and drug addiction as well as dual diagnosis, co-occurring disorders, and mental health issues.*

We focus on many issues affecting the well-being of our clients including psychological and emotional issues, social and family relationships, personal and professional goals, health and fitness, diet and nutrition, spirituality, life stressors, vocational and educational concerns, and independent living skills.

At Clearview, we specialize in the treatment of addictions, dual diagnosis, and mental health disorders. We address and treat:

- Dual Diagnosis
- Substance Abuse
- Chemical Dependency
- Trauma and Abuse
- Eating Disorders
- Codependency
- Borderline Personality Disorder

- Sexual Addiction/Compulsivity
- Depression and Anxiety
- Bipolar Disorder
- Personality Disorders
- Vocational Needs
- Educational Issues

Clearview Treatment Programs offers specialized services designed to assist you in not just getting sober or making behavioral/psychological changes, but in developing a healthy, production, and rewarding lifestyle. Our outpatient and day treatment programs also specialize in helping you with mental illness, whether or not you have a substance abuse problem.

We are here to help. And we're here to listen. If you're hurting right now or if you know someone who is, pick up the phone and call for a free assessment. At the other end of the line will be someone who has been there. You are not alone.

**Call now for a free assessment: 800-573-0770**

Home | The Clearview Difference | Detox | Women's Psychiatric Residential | Residential Treatment

Extended Care | Day Treatment | Outpatient Programs | Therapeutic Services | Educational & Vocational Services | Online Resources | Contact Us | Site Map

© 2007 Clearview Addiction Treatment Programs Los Angeles - Santa Monica - Venice Beach, Ca. 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV09- 5808 PSG (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
| --- | --- | --- |

Failure to file at the proper location will result in your documents being returned to you.

Bryan J. Freedman, Esq. SBN 151990
Freedman & Taitelman, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Phone: (310) 201-0005 Fax: (310) 201-0045
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEARVIEW CENTERS, LLC, a California Limited Liability Company <br><br> PLAINTIFF(S) <br><br> v. <br><br> NATHAN SMITH, an individual, CLEARVIEW DRUG AND ALCOHOL REHABILITATION CENTER; and Does 1-10, inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV09-05808 PSG AJWx** <br><br><br><br> **SUMMONS** |

TO:    DEFENDANT(S): _____
_____

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _Bryan J. Freedman, Esq._____, whose address is _Freedman & Taitelman, LLP, 1901 Ave. of the Stars, Suite 500, Los Angeles, CA 90067_.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

**SHEA BOURGEOIS**

Dated: ___8-7-09_____

By: _____
Deputy Clerk

(Seal of the Court)
SEAL

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                             SUMMONS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| CLEARVIEW CENTERS, LLC, a California Limited Liability Company | NATHAN SMITH, an individual, CLEARVIEW DRUG AND ALCOHOL REHABILITATION CENTER; and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Freedman & Taitelman, LLP<br>1901 Avenue of the Stars, Suite 500<br>Los Angeles, California 90067 Phone: (310) 201-0005 Fax: (310) 201-0045 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No        ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
The Lanham Act. Defendant has infringed on Plaintiff's registered trademark "Clearview Treatment Program" with its use of competing business "Clearview Rehab".

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

CV09-05808

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)    ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Luis Obispo County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_    Date August 7, 2009

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |